**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

**WISCONSIN CARPENTERS PENSION FUND,
WISCONSIN CARPENTERS HEALTH FUND,
NORTHERN WISCONSIN REGIONAL COUNCIL
OF CARPENTERS VACATION FUND,
NORTHERN WISCONSIN CARPENTERS
APPRENTICESHIP & JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATION TRUST FUND,
CONTRACT ADMINISTRATION FUND, NORTHERN
WISCONSIN REGIONAL COUNCIL OF CARPENTERS
(DUES), and BRIAN GENTRY,**

    **Plaintiffs,**

                     Case No. 07-C-0398

  **vs.**

**G&K CONTRACTORS, INC.,**

    **Defendant.**

## ORDER FOR JUDGMENT

Request and application for default judgment brought by the plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

  1. Defendant G&K Contractors, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

  2. The Plaintiffs have an unsatisfied judgment against Midwest Stud & Drywall, Inc., in the amount of $75,881.24.

  3. G&K Contractors, Inc. is Midwest Study & Drywall, Inc.'s alleged alter ego.

4. As a result of its alter ego status, G & K Contractors, Inc. is liable to the Plaintiffs for the judgment entered against Midwest Stud & Drywall, Inc., plus the Plaintiffs' attorney fees and costs in this action.

5. The court assesses the total damages to the plaintiffs in the sum of $79,686.13.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of plaintiffs, Wisconsin Carpenters Pension Fund, Wisconsin Carpenters Health Fund, Northern Wisconsin Regional Council Of Carpenters Vacation Fund, Northern Wisconsin Carpenters Apprenticeship & Journeyman Training Fund, Labor Management Cooperation Trust Fund, Contract Administration Fund, Northern Wisconsin Regional Council of Carpenters (Dues), and Brian Gentry, and against defendant G&K Contractors, Inc. in the amount of $79,686.13 together with interest at the rate allowed by law.

Dated this  21st  day of June, 2007.

BY THE COURT

s/ William C. Griesbach
William C. Griesbach
U. S. District Court Judge